BERTRÁN ET AL., DEMANDANTES Y APELANTES, *v.* CARRASQUILLO, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de Humacao en pleito sobre cobro de dinero.    Memorándum de costas.

No. 2428.—Resuelto en junio 2, 1921.

HONORARIOS DE ABOGADO EXCESIVOS.—Al valorar el importe de honorarios de abogado debe tenerse en cuenta generalmente la cuantía y naturaleza de la materia del pleito, la dificultad de las cuestiones de derecho que de ellos surjan, si se celebró juicio o no y el tiempo que haya durado. Por lo que, teniendo en cuenta que en el presente caso la única cuestión envuelta versó sobre la prescripción de la acción de cobro, que no se celebró juicio y que la cuantía reclamada es de poco más de mil dólares, es preciso concluir que la cantidad de $800 concedida por la corte inferior es excesiva y que cuatrocientos dólares por honorarios de abogados es una cantidad razonable en este caso.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. F. González.*

Abogado de la apelada: *Sr. F. Cervony Gely.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Anulada una adjudicación de bienes hecha al padre de los demandantes en pago de un crédito, sus herederos establecieron demanda para que les fuese pagada por la demandada la cantidad de $1,804.76 que proporcionalmente le corresponde en la deuda.

La demandada alegó en excepción previa que la acción de cobro estaba prescrita y así lo resolvió la corte inferior y condenó a los demandantes al pago de las costas y honorarios de abogados. En el memorándum de costas se reclamaron cinco dólares que se pagaron al secretario y tres mil dólares por honorarios de abogados y habiendo sido impugnada esta última partida como excesiva la corte inferior la fijó en la cantidad de $800, resolución que han apelado los demandantes alegando que la corte abusó de su poder discrecional al fijar dicha cantidad.

Se hace muy difícil establecer reglas precisas respecto

a la cuantía de los honorarios de abogados en los pleitos. Sin embargo, creemos que para su valoración debe tenerse en cuenta generalmente la cuantía y naturaleza de la materia del pleito, la dificultad de las cuestiones de derecho que de ellos surjan, si se celebró juicio o no y el tiempo que haya durado.

. De acuerdo con las anteriores reglas y toda vez que la única cuestión versó sobre la prescripción de la acción de cobro, que no se celebró juicio y que la cuantía reclamada es de poco más de mil dólares, entendemos que la cantidad concedida por la corte inferior es excesiva y que cuatrocientos dólares por honorarios de abogados es una cantidad razonable en este caso.

La resolución apelada debe ser modificada.

> *Confirmada la resolución apelada, modificándola en el sentido de fijar la cuantía de honorarios de abogado en cuatrocientos dólares.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.